# United States District Court
# For The Western District of North Carolina
# Charlotte Division

EDWARD HAROLD SAUNDERS, JR.,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                3:12-cv-686-FDW & 3:94-cr-17-FDW

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 26, 2012 Order.

Signed: November 26, 2012

Frank G. Johns, Clerk
United States District Court